UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JANICE J. FOSTER, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:10-CV-1340-G |
| PROCOLLECT, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The court has been informed by the parties that the above styled and numbered cause has been settled. Therefore, all claims by all parties in this action are **DISMISSED** with prejudice, subject to reopening within sixty (60) days if the settlement is not consummated.

**SO ORDERED**.

November 19, 2010.

_____
**A. JOE FISH**
**Senior United States District Judge**